# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FISCHER, JOSHUA HOWARD | § | Case No. 10-41863 DRC |
| FISCHER, SUSAN ELIZABETH | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was     and the deadline for filing governmental claims was    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $    .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $  as interim compensation and now requests a sum of $ , for a total compensation of $ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ , and now requests reimbursement for expenses of $ , for total expenses of $ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

Case 10-41863 **INDIVIDUAL ESTATE PROPERTY RECORD AND** Doc 52 Filed 08/28/14 Entered 08/28/14 14:04:18  Desc Main                    Page: 1
                                     **REPORT**
                                  **ASSET CASES**       Document    Page 3 of 13

| Case No: | 10-41863 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | FISCHER, JOSHUA HOWARD | | | Date Filed (f) or Converted (c): | 09/19/10 (f) |
| | FISCHER, SUSAN ELIZABETH | | | 341(a) Meeting Date: | 10/21/10 |
| For Period Ending: 08/13/14 | | | | Claims Bar Date: | 04/25/11 |

Exhibit A

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1110 Johnson Drive, Naperville, Illinois, single f | 377,799.00 | 0.00 | | 0.00 | FA |
| 2. 811 South Wright Street, Naperville, Illinois. Sin | 234,750.00 | 0.00 | | 0.00 | FA |
| 3. Checking account at DuPage Credit Union | 3,413.24 | 0.00 | | 0.00 | FA |
| 4. Savings account at DuPage Credit Union | 58.47 | 0.00 | | 0.00 | FA |
| 5. Checking account at Fifth Third Bank | 728.29 | 0.00 | | 0.00 | FA |
| 6. Household Goods, Furnishings, Appliances and Elect | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Necessary Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9. Firearms | 250.00 | 0.00 | | 0.00 | FA |
| 10. West Coast Like Insurance - Term with no cash valu | 0.00 | 0.00 | | 0.00 | FA |
| 11. Putnam Roth IRA | 11,258.00 | 0.00 | | 0.00 | FA |
| 12. Putnam Roth IRA | 22,052.00 | 0.00 | | 0.00 | FA |
| 13. Quantum Nutrition Stock no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 14. B4*UTrade Stock no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 15. 113 shares of Mid Illinois Bankcorp | Unknown | 0.00 | | 13,680.00 | FA |
| 16. Fischer Homes, Inc. Liabilities greatly exceed val | 0.00 | 0.00 | | 0.00 | FA |
| 17. Fischer Building and Remodeling, Inc. greatly exce | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Ford F-250 4 door extended cab XLT per Carmax | 2,000.00 | 0.00 | | 0.00 | FA |
| 19. 2001 Chevy Tahoe 4 door sport utility LT per Carma | 3,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.93 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $658,209.00 | $0.00 | | $13,681.93 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file TFR

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

LFORM1                                                                                                                                 Ver: 18.00b

**FORM 1**
Case 10-41863  Doc 52  Filed 08/28/14  Entered 08/28/14 14:04:18  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND
Document    Page 4 of 13
REPORT ASSET CASES
Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-41863   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | FISCHER, JOSHUA HOWARD | Date Filed (f) or Converted (c): | 09/19/10 (f) |
| | FISCHER, SUSAN ELIZABETH | 341(a) Meeting Date: | 10/21/10 |
| | | Claims Bar Date: | 04/25/11 |

October 17, 2013, 02:22 pm

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 07/31/14

/s/    GINA B. KROL
_____  Date: 08/13/14
GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-41863 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | FISCHER, JOSHUA HOWARD | | Bank Name: | ASSOCIATED BANK |
| | FISCHER, SUSAN ELIZABETH | | Account Number / CD #: | *******0386  Checking Account |
| Taxpayer ID No: | *******5393 | | | |
| For Period Ending: | 08/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 13,483.49 | | 13,483.49 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.31 | 13,475.18 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.59 | 13,466.59 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.30 | 13,458.29 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.57 | 13,449.72 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.99 | 13,429.73 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 11.64 | 13,418.09 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.03 | 13,400.06 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.92 | 13,380.14 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.25 | 13,360.89 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.86 | 13,341.03 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.19 | 13,321.84 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.81 | 13,302.03 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.78 | 13,282.25 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.11 | 13,263.14 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.72 | 13,243.42 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.05 | 13,224.37 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.66 | 13,204.71 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.63 | 13,185.08 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.71 | 13,167.37 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 11.61 | 13,155.76 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.58 | 13,136.18 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.90 | 13,117.28 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.50 | 13,097.78 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 5)*

LFORM2T4

Ver: 18.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-41863 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | FISCHER, JOSHUA HOWARD | | Bank Name: | ASSOCIATED BANK |
| | FISCHER, SUSAN ELIZABETH | | Account Number / CD #: | *******0386 Checking Account |
| Taxpayer ID No: | *******5393 | | | |
| For Period Ending: | 08/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.84 | 13,078.94 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.45 | 13,059.49 |

| Account *******0386 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 2 | Checks | 23.25 |
| 0 | Interest Postings | 0.00 | 23 | Adjustments Out | 400.75 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 424.00 |
| 1 | Transfers In | 13,483.49 | | | |
| | Total | $ 13,483.49 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 10-41863 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | FISCHER, JOSHUA HOWARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | FISCHER, SUSAN ELIZABETH | | Account Number / CD #: | *******3918 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5393 | | | |
| For Period Ending: | 08/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/11 | 15 | Pressly A. Laird 38856 Co. Hwy 2 Griggsville, IL 62340 | Proceeds of sale | 1129-000 | 13,680.00 | | 13,680.00 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 13,680.01 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,680.12 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,680.24 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,680.35 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,680.46 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,680.58 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,680.69 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,680.81 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.43 | 13,663.38 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,663.49 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.85 | 13,646.64 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,646.75 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.82 | 13,629.93 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,630.05 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.88 | 13,612.17 |
| 02/06/12 | 000301 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 12.28 | 13,599.89 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,600.00 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.17 | 13,583.83 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,583.94 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.70 | 13,567.24 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,567.35 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.24 | 13,550.11 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,550.22 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.22 | 13,533.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 10-41863 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | FISCHER, JOSHUA HOWARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | FISCHER, SUSAN ELIZABETH | | Account Number / CD #: | *******3918 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5393 | | | |
| For Period Ending: | 08/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,533.11 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.08 | 13,517.03 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,517.15 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.73 | 13,499.42 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,499.53 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 16.04 | 13,483.49 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 13,483.49 | 0.00 |

| Account *******3918 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 13,680.00 | 1 | Checks | 12.28 |
| | 18 | Interest Postings | 1.93 | 11 | Adjustments Out | 186.16 |
| | | | | 1 | Transfers Out | 13,483.49 |
| | | Subtotal | $ 13,681.93 | | | |
| | | | | | Total | $ 13,681.93 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 13,681.93 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2T4

Ver: 18.00b

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-41863 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | FISCHER, JOSHUA HOWARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | FISCHER, SUSAN ELIZABETH | | Account Number / CD #: | *******3918 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5393 | | | |
| For Period Ending: | 08/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | | |
| | | 1 Deposits | 13,680.00 | 3 | Checks | 35.53 |
| | | 18 Interest Postings | 1.93 | 34 | Adjustments Out | 586.91 |
| | | | | 1 | Transfers Out | 13,483.49 |
| | | Subtotal | $ 13,681.93 | | | |
| | | | | | Total | $ 14,105.93 |
| | | 0 Adjustments In | 0.00 | | | |
| | | 1 Transfers In | 13,483.49 | | | |
| | | Total | $ 27,165.42 | | Net Total Balance | $ 13,059.49 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 08/25/14
GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM2T4

Ver: 18.00b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 25, 2014 |
|---|---|---|---|---|---|---|

Case Number: 10-41863  
Debtor Name: FISCHER, JOSHUA HOWARD  
Claims Bar Date: 04/25/11

Claim Class Sequence  
Joint Debtor: FISCHER, SUSAN ELIZABETH

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $1,680.75 | $0.00 | $1,680.75 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $75.12 | $0.00 | $75.12 |
| 001<br>2100-00 | Gina B. Krol<br>105 w. Madison St., St. 1100<br>chicago, IL 60602 | Administrative | | $2,118.19 | $0.00 | $2,118.19 |
| BOND<br>999<br>2300-00 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $35.53 | $35.53 | $0.00 |
| 1<br>070<br>7100-90 | American Infosource<br>for Wfnnb as Assignee of<br>Ann Taylor<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $1,123.78 | $0.00 | $1,123.78 |
| 2<br>070<br>7100-90 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,645.67 | $0.00 | $5,645.67 |
| 3<br>070<br>7100-00 | Yorkville Hill<br>Bankrutpcy Dept.<br>8591 State Road 126<br>Yorkville, IL 60560 | Unsecured | | $39,525.21 | $0.00 | $39,525.21 |
| 4<br>070<br>7100-90 | American Infosource as<br>agent for Citibank NA<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $1,330.75 | $0.00 | $1,330.75 |
| 5<br>070<br>7100-90 | American Express FSB<br>c/o Beckett and Lee<br>POBox 3001<br>Malvern, PA 19355-0701 | Unsecured | | $101.35 | $0.00 | $101.35 |
| 6<br>070<br>7100-90 | American Express FSB<br>c/o Beckett and Lee<br>POBox 3001<br>Malvern, PA 19355-0701 | Unsecured | | $596.72 | $0.00 | $596.72 |
| | Case Totals: | | | $52,233.07 | $35.53 | $52,197.54 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-41863 DRC
Case Name: FISCHER, JOSHUA HOWARD
    FISCHER, SUSAN ELIZABETH
Trustee Name: GINA B. KROL

    Balance on hand                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses        $_____
    Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource for Wfnnb as Assignee of Ann Taylor<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ | $ | $ |
| 2 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 3 | Yorkville Hill<br>Bankrutpcy Dept.<br>8591 State Road 126<br>Yorkville, IL 60560 | $ | $ | $ |
| 4 | American Infosource as agent for Citibank NA<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ | $ | $ |
| 5 | American Express FSB<br>c/o Beckett and Lee<br>POBox 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | American Express FSB c/o Beckett and Lee POBox 3001 Malvern, PA  19355-0701 | $ | $ | $ |

       Total to be paid to timely general unsecured creditors       $_____

       Remaining Balance       $_____

       Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

       Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*