Donald R. Cassling

# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS
### CHICAGO  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FISCHER, JOSHUA HOWARD | § | Case No. 10-41863 DRC |
| FISCHER, SUSAN ELIZABETH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   KENNETH S. GARDNER
   219 S. Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/19/2014 in Courtroom 240,
   Kane County Courthouse
   100 S. Third Street
   Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/14/2014          By: JEFFREY P. ALLSTEADT
                                    Clerk of US Bankruptcy Court


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*

*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                              §
                                    §
FISCHER, JOSHUA HOWARD              §    Case No. 10-41863 DRC
FISCHER, SUSAN ELIZABETH            §
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 13,681.93 |
| and approved disbursements of | $ | 622.44 |
| leaving a balance on hand of[1] | $ | 13,059.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 2,118.19 | $ 0.00 | $ 2,118.19 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,680.75 | $ 0.00 | $ 1,680.75 |
| Other: International Sureties | $ 35.53 | $ 35.53 | $ 0.00 |
| Other: Cohen & Krol | $ 75.12 | $ 0.00 | $ 75.12 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,874.06 |
| Remaining Balance | $ 9,185.43 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,323.48 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource for Wfnnb as Assignee of Ann Taylor PO Box 248872 Oklahoma City, OK 73124-8872 | $ 1,123.78 | $ 0.00 | $ 213.61 |
| 2 | Discover Bank Discover Products Inc. PO Box 3025 New Albany, OH 43054-3025 | $ 5,645.67 | $ 0.00 | $ 1,073.14 |
| 3 | Yorkville Hill Bankrutpcy Dept. 8591 State Road 126 Yorkville, IL 60560 | $ 39,525.21 | $ 0.00 | $ 7,513.04 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | American Infosource as agent for Citibank NA PO Box 248840 Oklahoma City, OK 73124-8840 | $ 1,330.75 | $ 0.00 | $ 252.95 |
| 5 | American Express FSB c/o Beckett and Lee POBox 3001 Malvern, PA 19355-0701 | $ 101.35 | $ 0.00 | $ 19.26 |
| 6 | American Express FSB c/o Beckett and Lee POBox 3001 Malvern, PA 19355-0701 | $ 596.72 | $ 0.00 | $ 113.43 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 9,185.43 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                                                **Prepared By:** /s/GINA B. KROL
                                                                                            Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                       United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                   Case No. 10-41863-DRC
Joshua Howard Fischer                                    Chapter 7
Susan Elizabeth Fischer
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez              Page 1 of 2                  Date Rcvd: Aug 29, 2014
                              Form ID: pdf006              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2014.
db           #+Joshua Howard Fischer,    1110 Johnson Drive,    Naperville, IL 60540-8244
jdb          #+Susan Elizabeth Fischer,    1110 Johnson Drive,    Naperville, IL 60540-8244
16152833     +A&J Electric,    Bankruptcy Dept.,    1419 Greentrails,    Plainfield, IL 60586-7613
16152834     +AHMSI,    Bankruptcy Dept.,    POB 631730,    Irving, TX 75063-0002
16152837     +ATG Credit, LLC,    P.O. Box 14895,    Bankruptcy Dept.,    Chicago, IL 60614-8542
16152835     +Allied Interstate,    3000 Corporate Exchange Dr. 5th Fl,    Bankruptcy Dept.,
               Columbus, OH 43231-7723
17061578      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17061579      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16152836     +Ann Taylor WFNNB,    Bankruptcy Dept.,    POB 82273,    Columbus, OH 43202-0273
16152838     +Best Buy Carpets,    Bankruptcy Dept.,    585 S. Route 59,    Aurora, IL 60504-8168
16152839     +Biehl & Biehl,    Bankruptcy Dept.,    325 East Fullerton,    Carol Stream, IL 60188-1865
16152840      Citi,    P.O. Box 6235,    Bankruptcy Dept.,    Sioux Falls, SD 57117-6235
16152842      Citi Cards,    Box 6000,    Bankruptcy Dept.,    The Lakes, NV 89163-6000
16152844     +F E Moran,    Bankruptcy Dept.,    2165 Shermer Road,    Northbrook, IL 60062-6734
16152845     +Greg Fischer,    17 Fox Glen Circle,    Yorkville, IL 60560-9589
16152846     +Indy Mac Bank,    6900 Beatrice Drive,    Bankruptcy Dept.,    Kalamazoo, MI 49009-9559
16152847      Inland,    Bankruptcy Dept.,    5456 South LaGrange Road,    La Grange, IL 60525
16152851     +J&D Door Sales,    Bankruptcy Dept.,    200 East Second St. POB 245,    Big Rock, IL 60511-0245
16152852     +K&K Well Drilling,    Bankruptcy Dept.,    POB 430,    Yorkville, IL 60560-0430
16152853     +Kolar Heating & Cooling,    Bankruptcy Dept.,    10049 Cloro Creek Road,
               Plainfield, IL 60585-8791
16152854     +Macy’s,    Bankruptcy Dept.,    POB 8053,    Mason, OH 45040-8053
16152855     +Merchants Credit Guide,    223 W Jackson Blvd,    Bankruptcy Dept.,    Chicago, IL 60606-6914
16152856     +Morgan - Hamilton,    Bankruptcy Dept.,    143 N. Madison,    Oswego, IL 60543-9471
16152858     +Our Team Auto & Truck,    Bankruptcy Dept.,    25449 West Ruff St.,    Plainfield, IL 60585-5836
16152861      RKF Design Group,    Bankruptcy Dept.,    POB 540,    Naperville, IL 60566-0540
16152859      Revenue Cycle Solutions,    Bankruptcy Dept.,    POB 7229,    Westchester, IL 60154-7229
16152860      Revenue Cycle Solutions,    Bankruptcy Dept.,    POB 1022,    Wixom, MI 48393-1022
16152863      Sears Credit Cards,    Bankruptcy Dept.,    POB 6283,    Sioux Falls, SD 57117-6283
16152866     +Wilkinson Excavating,    Bankruptcy Dept.,    725 East LaSalle St.,    Somonauk, IL 60552-9578
16152867     +Yorkville Hill,    Bankruptcy Dept.,    8591 State Road 126,    Yorkville, IL 60560-9744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16895486      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2014 00:28:40
               American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
17542502      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2014 00:28:40
               American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
16719939      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2014 00:33:55
               American Infosource Lp As Agent for Wfnnb,    As Assignee of,    Ann Taylor,    PO Box 248872,
               Oklahoma City, OK   73124-8872
16152843      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2014 00:28:09      Discover,    P.O. Box 30421,
               Bankruptcy Dept.,    Salt Lake City, UT 84130-0421
16722784      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2014 00:28:09      Discover Bank,
               Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
16152850     +E-mail/Text: cio.bncmail@irs.gov Aug 30 2014 00:24:18      Internal Revenue Service,
               Bankruptcy Dept.,    2001 Butterfield Road,    Downers Grove, IL 60515-1058
16152864     +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 30 2014 00:25:51       Transworld Systems, Inc.,
               Bankruptcy Dept.,    507 Prudential Road,    Horsham, PA 19044-2308
16152865      E-mail/Text: bnc@ursi.com Aug 30 2014 00:24:42      United Recovery Systems,    Bankruptcy Dept.,
               P.O. Box 722929,    Houston, TX 77272-2929
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16152841*     Citi,   P.O. Box 6235,   Bankruptcy Dept.,    Sioux Falls, SD 57117-6235
16152848*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Bankruptcy Dept.,
               Cincinnati, OH 45999-0039)
16152849*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Bankruptcy Dept.,    POB 21126,
               Philadelphia, PA 19114)
16152857    ##+Naperville Physical Therapy,    Bankruptcy Dept.,    630 East Ogden Ave.,
               Naperville, IL 60563-3237
16152862    ##+Saxon Mortgage,    Bankruptcy Dept.,    POB 163405,    Fort Worth, TX 76161-3405
                                                                                   TOTALS: 0, * 3, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: mgonzalez           Page 2 of 2              Date Rcvd: Aug 29, 2014
                              Form ID: pdf006           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2014                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2014 at the address(es) listed below:

```
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg    on behalf of Creditor   U.S. Bank National Association...
               bankruptcy@fallaw.com
              Thomas F. Fezzey    on behalf of Joint Debtor Susan Elizabeth Fischer fezzey@gmail.com
              Thomas F. Fezzey    on behalf of Debtor Joshua Howard Fischer fezzey@gmail.com
              Timothy R Yueill    on behalf of Creditor   Deutsche Bank National Trust Company
               timothyy@nevellaw.com
              Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 10
```