UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FISCHER, JOSHUA HOWARD | § | Case No. 10-41863 DRC |
| FISCHER, SUSAN ELIZABETH | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/GINA B. KROL_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | AHMSI Bankruptcy Dept. POB 631730 Irving, TX 75063-1730 |  |  |  |  |  |
|  | Indy Mac Bank 6900 Beatrice Drive Bankruptcy Dept. Kalamazoo, MI 49009 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Inland Bankruptcy Dept. 5456 South LaGrange Road La Grange, IL 60525 | | | | | |
| | Saxon Mortgage Bankruptcy Dept. POB 163405 Fort Worth, TX 76161-1489 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Bankruptcy Dept. Cincinnati, OH 45999-0039 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&J Electric Bankruptcy Dept. 1419 Greentrails Plainfield, IL 60544 | | | | | |
| | ATG Credit, LLC P.O. Box 14895 Bankruptcy Dept. Chicago, IL 60614-4895 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Allied Interstate 3000 Corporate Exchange Dr. 5th Fl Bankruptcy Dept. Columbus, OH 43231 |  |  |  |  |  |
|  | Best Buy Carpets Bankruptcy Dept. 585 S. Route 59 Aurora, IL 60504 |  |  |  |  |  |
|  | Biehl & Biehl Bankruptcy Dept. 325 East Fullerton Carol Stream, IL 60188 |  |  |  |  |  |
|  | Brian Winbourne 3058 Crystal Rock Road Naperville, IL 60564 |  |  |  |  |  |
|  | Citi Cards Box 6000 Bankruptcy Dept. The Lakes, NV 89163-6000 |  |  |  |  |  |
|  | Citi P.O. Box 6235 Bankruptcy Dept. Sioux Falls, SD 57117-6235 |  |  |  |  |  |
|  | F E Moran Bankruptcy Dept. 2165 Shermer Road Northbrook, IL 60062 |  |  |  |  |  |
|  | Greg Fischer 17 Fox Glen Circle Yorkville, IL 60560 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J&D Door Sales Bankruptcy Dept. 200 East Second St. POB 245 Big Rock, IL | | | | | |
| | K&K Well Drilling Bankruptcy Dept. POB 430 Yorkville, IL 60560 | | | | | |
| | Kolar Heating & Cooling Bankruptcy Dept. 10049 Cloro Creek Road Plainfield, IL 60544 | | | | | |
| | Macy's Bankruptcy Dept. POB 8053 Mason, OH 45040 | | | | | |
| | Merchants Credit Guide 223 W Jackson Blvd Bankruptcy Dept. Chicago, IL 60606 | | | | | |
| | Morgan - Hamilton Bankruptcy Dept. 143 N. Madison Oswego, IL 60543 | | | | | |
| | Naperville Physical Therapy Bankruptcy Dept. 630 East Ogden Ave. Naperville, IL 60563 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Our Team Auto & Truck Bankruptcy Dept. 25449 West Ruff St. Plainfield, IL 60585 | | | | | |
| | RKF Design Group Bankruptcy Dept. POB 540 Naperville, IL 60566-0540 | | | | | |
| | Revenue Cycle Solutions Bankruptcy Dept. POB 7229 Westchester, IL 60154-7229 | | | | | |
| | Sears Credit Cards Bankruptcy Dept. POB 6283 Sioux Falls, SD 57117-6283 | | | | | |
| | Transworld Systems, Inc. Bankruptcy Dept. 507 Prudential Road Horsham, PA 19044 | | | | | |
| | United Recovery Systems Bankruptcy Dept. P.O. Box 722929 Houston, TX 77272-2929 | | | | | |
| | Wilkinson Excavating Bankruptcy Dept. 725 East LaSalle St. Somonauk, IL 60552 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | YORKVILLE HILL | | | | | |
| 5 | AMERICAN EXPRESS FSB | | | | | |
| 6 | AMERICAN EXPRESS FSB | | | | | |
| 1 | AMERICAN INFOSOURCE | | | | | |
| 4 | AMERICAN INFOSOURCE AS | | | | | |
| 2 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-41863 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | FISCHER, JOSHUA HOWARD | | | Date Filed (f) or Converted (c): | 09/19/10 (f) |
| | FISCHER, SUSAN ELIZABETH | | | 341(a) Meeting Date: | 10/21/10 |
| For Period Ending: | 01/26/15 | | | Claims Bar Date: | 04/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1110 Johnson Drive, Naperville, Illinois, single f | 377,799.00 | 0.00 | | 0.00 | FA |
| 2. 811 South Wright Street, Naperville, Illinois. Sin | 234,750.00 | 0.00 | | 0.00 | FA |
| 3. Checking account at DuPage Credit Union | 3,413.24 | 0.00 | | 0.00 | FA |
| 4. Savings account at DuPage Credit Union | 58.47 | 0.00 | | 0.00 | FA |
| 5. Checking account at Fifth Third Bank | 728.29 | 0.00 | | 0.00 | FA |
| 6. Household Goods, Furnishings, Appliances and Elect | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Necessary Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9. Firearms | 250.00 | 0.00 | | 0.00 | FA |
| 10. West Coast Like Insurance - Term with no cash valu | 0.00 | 0.00 | | 0.00 | FA |
| 11. Putnam Roth IRA | 11,258.00 | 0.00 | | 0.00 | FA |
| 12. Putnam Roth IRA | 22,052.00 | 0.00 | | 0.00 | FA |
| 13. Quantum Nutrition Stock no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 14. B4*UTrade Stock no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 15. 113 shares of Mid Illinois Bankcorp | Unknown | 0.00 | | 13,680.00 | FA |
| 16. Fischer Homes, Inc. Liabilities greatly exceed val | 0.00 | 0.00 | | 0.00 | FA |
| 17. Fischer Building and Remodeling, Inc. greatly exce | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Ford F-250 4 door extended cab XLT per Carmax | 2,000.00 | 0.00 | | 0.00 | FA |
| 19. 2001 Chevy Tahoe 4 door sport utility LT per Carma | 3,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.93 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $658,209.00 | $0.00 | | $13,681.93 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 18.03b

Case 10-41863    Doc 60    Filed 02/24/15    Entered 02/24/15 10:50:13    Desc Main
Document    Page 11 of 17

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-41863    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | FISCHER, JOSHUA HOWARD | Date Filed (f) or Converted (c): | 09/19/10 (f) |
| | FISCHER, SUSAN ELIZABETH | 341(a) Meeting Date: | 10/21/10 |
| | | Claims Bar Date: | 04/25/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

October 16, 2014, 01:10 pm

Trustee to review claims and file TFR

October 17, 2013, 02:22 pm

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 07/31/14

/s/    GINA B. KROL
_____    Date: 01/26/15
    GINA B. KROL

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-41863 -DRC | |
| Case Name: | FISCHER, JOSHUA HOWARD | |
| | FISCHER, SUSAN ELIZABETH | |
| Taxpayer ID No: | *******5393 | |
| For Period Ending: | 01/26/15 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******0386  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 13,483.49 | | 13,483.49 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.31 | 13,475.18 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.59 | 13,466.59 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.30 | 13,458.29 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 8.57 | 13,449.72 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.99 | 13,429.73 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 11.64 | 13,418.09 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.03 | 13,400.06 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.92 | 13,380.14 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.25 | 13,360.89 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.86 | 13,341.03 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.19 | 13,321.84 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.81 | 13,302.03 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.78 | 13,282.25 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.11 | 13,263.14 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.72 | 13,243.42 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.05 | 13,224.37 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.66 | 13,204.71 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.63 | 13,185.08 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.71 | 13,167.37 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 11.61 | 13,155.76 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.58 | 13,136.18 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.90 | 13,117.28 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.50 | 13,097.78 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-41863 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | FISCHER, JOSHUA HOWARD | | Bank Name: | ASSOCIATED BANK |
| | FISCHER, SUSAN ELIZABETH | | Account Number / CD #: | *******0386 Checking Account |
| Taxpayer ID No: | *******5393 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) / Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.84 / 13,078.94 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.45 / 13,059.49 |
| 09/19/14 | 030003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees per Court Order | 3110-000 | | 1,120.50 / 11,938.99 |
| 09/19/14 | 030004 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Expenes per Court Order | 3120-000 | | 75.12 / 11,863.87 |
| 09/19/14 | 030005 | Gina B. Krol<br>105 w. Madison St., St. 1100<br>chicago, IL 60602 | Final Distribution<br>Trustee Fees | 2100-000 | | 2,118.19 / 9,745.68 |
| 09/19/14 | 030006 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees per Court Order | 3110-000 | | 560.25 / 9,185.43 |
| 09/19/14 | 030007 | American Infosource<br>for Wfnnb as Assignee of<br>Ann Taylor<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | Final Distribution | 7100-900 | | 213.61 / 8,971.82 |
| 09/19/14 | 030008 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final Distribution | 7100-900 | | 1,073.14 / 7,898.68 |
| 09/19/14 | 030009 | Yorkville Hill<br>Bankrutpcy Dept.<br>8591 State Road 126<br>Yorkville, IL  60560 | Final Distribution | 7100-000 | | 7,513.04 / 385.64 |
| 09/19/14 | 030010 | American Infosource as<br>agent for Citibank NA<br>PO Box 248840<br>Oklahoma City, OK  73124-8840 | Final Distribution | 7100-900 | | 252.95 / 132.69 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 18.03b

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-41863 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | FISCHER, JOSHUA HOWARD | | Bank Name: | ASSOCIATED BANK |
| | FISCHER, SUSAN ELIZABETH | | Account Number / CD #: | *******0386  Checking Account |
| Taxpayer ID No: | *******5393 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/19/14 | 030011 | American Express FSB<br>c/o Beckett and Lee<br>POBox 3001<br>Malvern, PA 19355-0701 | Final Distribution | 7100-900 | | 19.26 | 113.43 |
| 09/19/14 | 030012 | American Express FSB<br>c/o Beckett and Lee<br>POBox 3001<br>Malvern, PA 19355-0701 | Final Distribution | 7100-900 | | 113.43 | 0.00 |

|   | Account *******0386 | Balance Forward | 0.00 |    |               |           |
|---|---|---|---|---|---|---|
| 0 | Deposits | | 0.00 | 12 | Checks | 13,082.74 |
| 0 | Interest Postings | | 0.00 | 23 | Adjustments Out | 400.75 |
|   | Subtotal | $ | 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | | 0.00 |    | Total | $ 13,483.49 |
| 1 | Transfers In | | 13,483.49 | | | |
|   | Total | $ | 13,483.49 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-41863 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | FISCHER, JOSHUA HOWARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | FISCHER, SUSAN ELIZABETH | | Account Number / CD #: | *******3918 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5393 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/11 | 15 | Pressly A. Laird 38856 Co. Hwy 2 Griggsville, IL 62340 | Proceeds of sale | 1129-000 | 13,680.00 | | 13,680.00 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 13,680.01 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,680.12 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,680.24 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,680.35 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,680.46 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,680.58 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,680.69 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,680.81 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.43 | 13,663.38 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,663.49 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.85 | 13,646.64 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,646.75 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.82 | 13,629.93 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,630.05 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.88 | 13,612.17 |
| 02/06/12 | 000301 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 12.28 | 13,599.89 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,600.00 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.17 | 13,583.83 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,583.94 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.70 | 13,567.24 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,567.35 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.24 | 13,550.11 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,550.22 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.22 | 13,533.00 |

FORM 2     Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-41863 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | FISCHER, JOSHUA HOWARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | FISCHER, SUSAN ELIZABETH | | Account Number / CD #: | *******3918 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5393 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,533.11 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.08 | 13,517.03 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,517.15 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 17.73 | 13,499.42 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,499.53 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 16.04 | 13,483.49 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 13,483.49 | 0.00 |

| Account *******3918 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 13,680.00 | 1 | Checks | 12.28 |
| | 18 | Interest Postings | 1.93 | 11 | Adjustments Out | 186.16 |
| | | | | 1 | Transfers Out | 13,483.49 |
| | | Subtotal | $ 13,681.93 | | | |
| | | | | | Total | $ 13,681.93 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 13,681.93 | | | |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) *(Page: 16)*     Ver: 18.03b

FORM 2     Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 10-41863 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | FISCHER, JOSHUA HOWARD | Bank Name: | BANK OF AMERICA, N.A. |
| | FISCHER, SUSAN ELIZABETH | Account Number / CD #: | *******3918 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5393 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | |
| | 1 | Deposits | 13,680.00 | 13 | Checks | 13,095.02 |
| | 18 | Interest Postings | 1.93 | 34 | Adjustments Out | 586.91 |
| | | | | 1 | Transfers Out | 13,483.49 |
| | | Subtotal | $ 13,681.93 | | |
| | | | | | Total | $ 27,165.42 |
| | 0 | Adjustments In | 0.00 | | |
| | 1 | Transfers In | 13,483.49 | | |
| | | Total | $ 27,165.42 | | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 01/26/15

GINA B. KROL

LFORM2T4 UST Form 101-7-TDR (5/1/2011) (Page: 17)     Ver: 18.03b